AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogburn, Jr., Max O. | U.S. District Court, North Carolina | 07/3/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Suite 319, 100 Otis Street
Asheville, NC 28801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Carolina Day School |
| 2. | Board of Governors | Biltmore Forest Country Club, Inc. |
| 3. | Executor | Estate II |
| 4. | Trustee | Trust I |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Town of Biltmore Forest - Board Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | September 11-15, 2017 | Cambridge, MA | Trial Advocacy Workshop | Hotel, meals, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit | Secured loan on family business property (1/4 of amount) | P1 |
| 2. | HomeTrust Bank | Secured loan on office building (1/5 of amount) | O |
| 3. | Barclays Bank | Credit Card | J |
| 4. | Wells Fargo | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cogburn Family Properties, LLC Buncombe Co, NC- Land Holding | A | Rent | P1 | W | | | | | |
| 2. Ranchland Incorporated, Buncombe County, N.C. - Land Holding | A | Rent | P1 | W | | | | | |
| 3. Pisgah View Ranch, Inc. - Operating Business | | None | M | W | | | | | |
| 4. Pisgah Highland Conservancy LLC Buncombe Co NC-Land Holding | | None | M | R | | | | | |
| 5. Lincoln: Whole Life - (No Control) | A | Int./Div. | J | T | | | | | |
| 6. Fuse Science (formerly Double Eagle Stock) | | None | J | T | | | | | |
| 7. Ohio National: Universal Non-Variable (No Control) | C | Int./Div. | L | T | | | | | |
| 8. Estate II/assets transferred to Trust I (H) | | | | | | | | | |
| 9. -Cogburn Investments, LLC, Black Mountain, NC | E | Rent | P1 | V | | | | | |
| 10. -Fifth Third Bank acct | | None | M | T | | | | | |
| 11. -First Bank acct | | None | J | T | | | | | |
| 12. -Royal Bank of Canada Stock | A | Dividend | K | T | | | | | |
| 13. -Allstate Corp Common Stock | A | Dividend | K | T | | | | | |
| 14. -Wells Fargo Investment (H) | | | | | | | | | |
| 15. -Bristol Myers Squibb Co | A | Dividend | K | T | | | | | |
| 16. -Express Scripts Hldg Co | | None | J | T | | | | | |
| 17. -Merck & Co Inc New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Zimmer Biomet Holdings Inc | A | Dividend | J | T | | | | | |
| 19. -Parcel #1, Candler, NC | | None | O | V | | | | | |
| 20. -Parcel #2, Candler, NC (1/2 interest) | | None | M | V | | | | | |
| 21. -Parcel #3, Asheville, NC (1/4 interest) | | None | L | V | | | | | |
| 22. -Parcel #4, Asheville, NC (1/4 interest) | | None | K | V | | | | | |
| 23. -Parcel #5, Candler, NC | | None | L | V | | | | | |
| 24. -Parcel #6, Candler, NC (1/2 interest) | | None | K | V | | | | | |
| 25. -Parcel #7, Candler, NC (1/2 interest) | | None | K | V | | | | | |
| 26. -Parcel #8, Candler, NC (1/2 interest) | A | Rent | K | V | | | | | |
| 27. -Parcel #9, Candler, NC (1/2 interest) | | None | K | V | | | | | |
| 28. -Parcel #10, Haywood Co., NC (1/2 interest) | | None | K | V | | | | | |
| 29. Merrill Lynch Managed Mutual Fund (H) | | | | | | | | | |
| 30. -AllianzGI NFJ Dividend Value Fund | B | Dividend | | | | | | | |
| 31. | | | | | Sold (part) | 01/25/17 | J | D | |
| 32. | | | | | Sold | 02/16/17 | J | A | |
| 33. -Blackrock Eqty Dividend Fund | B | Dividend | | | | | | | |
| 34. | | | | | Buy (add'l) | 01/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 36. | | | | | Sold | 05/23/17 | J | D | |
| 37. -Clearbridge Large Cap Growth Fund | A | Dividend | | | Buy | 01/25/17 | J | | |
| 38. | | | | | Sold | 05/23/17 | J | D | |
| 39. -Columbia Select Large Cap Growth Fund | A | Dividend | | | | | | | |
| 40. | | | | | Sold (part) | 01/25/17 | J | C | |
| 41. | | | | | Sold | 02/16/17 | J | A | |
| 42. -Delaware Emerging Markets Fund | A | Dividend | | | Buy | 01/25/17 | J | | |
| 43. | | | | | Sold (part) | 05/22/17 | J | A | |
| 44. | | | | | Sold | 05/23/17 | J | C | |
| 45. -Glenmede Small Cap Equity Fund | A | Dividend | | | Buy | 05/22/17 | J | | |
| 46. | | | | | Sold | 05/23/17 | J | D | |
| 47. -ISHARES Russell 1000 Growth | A | Dividend | | | Buy | 01/25/17 | J | | |
| 48. | | | | | Sold | 05/25/17 | J | D | |
| 49. -ISHARES Russell 100 Value | A | Dividend | | | Buy | 01/25/17 | J | | |
| 50. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 51. | | | | | Sold | 05/25/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ISHARES US Treasury Bond | A | Dividend | | | Buy | 01/25/17 | J | | |
| 53. | | | | | Sold | 05/25/17 | J | B | |
| 54. -Lazard Emerging Mkts Equity | A | Dividend | | | Buy | 01/25/17 | J | | |
| 55. | | | | | Sold | 05/23/17 | J | C | |
| 56. -Mainstay Large Cap Growth Fund | B | Dividend | | | | | | | |
| 57. | | | | | Sold (part) | 01/25/17 | J | C | |
| 58. | | | | | Sold (part) | 05/22/17 | J | A | |
| 59. | | | | | Sold | 05/23/17 | J | D | |
| 60. -Metropolitan West Total Return Bond Fund | A | Dividend | | | | | | | |
| 61. | | | | | Sold (part) | 01/25/17 | J | C | |
| 62. | | | | | Sold (part) | 02/08/17 | J | A | |
| 63. | | | | | Sold | 02/16/17 | J | A | |
| 64. -MFS Value Fund | C | Dividend | | | | | | | |
| 65. | | | | | Sold (part) | 01/25/17 | J | B | |
| 66. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 67. | | | | | Sold | 05/23/17 | J | D | |
| 68. -Oppenheimer International Growth Fund | B | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/22/17 | J | A | |
| 70. | | | | | Sold | 05/23/17 | J | D | |
| 71. -PNC Small Cap FD I | A | Dividend | | | | | | | |
| 72. | | | | | Sold | 01/25/17 | J | D | |
| 73. -T Rowe Price Dividend Growth Fund | A | Dividend | | | | | | | |
| 74. | | | | | Sold (part) | 01/25/17 | J | D | |
| 75. | | | | | Sold | 02/16/17 | J | A | |
| 76. -The Oakmark International Fund | B | Dividend | | | | | | | |
| 77. | | | | | Sold (part) | 01/25/17 | J | A | |
| 78. | | | | | Sold | 05/23/17 | J | D | |
| 79. -Vanguard Intrmdiate-Term Corporate Bond | A | Dividend | | | Buy | 01/25/17 | J | | |
| 80. | | | | | Sold | 05/25/17 | J | C | |
| 81. -Vanguard Mortgage-Backed | A | Dividend | | | Buy | 01/25/17 | J | | |
| 82. | | | | | Sold | 05/25/17 | J | B | |
| 83. -Victory Sycamore Small | A | Dividend | | | | | | | |
| 84. | | | | | Sold (part) | 01/25/17 | J | B | |
| 85. | | | | | Sold | 05/22/17 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Wells Fargo Small Company Growth | A | Dividend | | | Buy | 01/25/17 | J | | |
| 87. | | | | | Sold | 05/22/17 | J | C | |
| 88. -Western Asset Core Bond Fund | A | Dividend | | | | | | | |
| 89. | | | | | Sold (part) | 01/25/17 | J | D | |
| 90. | | | | | Sold | 02/16/17 | J | A | |
| 91. Merrill Lynch Managed Mutual Fund (IRA) (H) | | | | | | | | | |
| 92. -Blackrock Eqty Dividend Fund | A | Dividend | J | T | | | | | |
| 93. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 94. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 95. | | | | | Sold (part) | 09/29/17 | J | B | |
| 96. | | | | | Sold (part) | 11/24/17 | J | A | |
| 97. -Clearbridge Large Cap Fund | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 98. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 99. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 100. | | | | | Sold (part) | 09/29/17 | J | B | |
| 101. | | | | | Sold (part) | 11/24/17 | J | A | |
| 102. -Edgewood Growth Fund | A | Dividend | J | T | Buy | 06/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/29/17 | J | A | |
| 104. | | | | | Sold (part) | 11/24/17 | J | A | |
| 105. -Glenmede Small Cap | A | Dividend | J | T | | | | | |
| 106. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 107. | | | | | Sold (part) | 05/22/17 | J | A | |
| 108. | | | | | Sold (part) | 06/23/17 | J | A | |
| 109. | | | | | Sold (part) | 09/29/17 | J | A | |
| 110. | | | | | Sold (part) | 11/24/17 | J | A | |
| 111. -Hartford Growth Opportunities Fund | A | Dividend | | | | | | | |
| 112. | | | | | Sold | 01/24/17 | J | C | |
| 113. -Hartford Schroders Emerg | | None | J | T | Buy | 01/24/17 | J | | |
| 114. | | | | | Sold (part) | 05/22/17 | J | A | |
| 115. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 116. | | | | | Sold (part) | 09/29/17 | J | A | |
| 117. | | | | | Sold (part) | 11/24/17 | J | A | |
| 118. -ISHARES Inc Core MSCI | A | Dividend | J | T | | | | | |
| 119. | | | | | Sold (part) | 01/24/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -ISHARES Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 121. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 122. | | | | | Sold (part) | 06/22/17 | J | A | |
| 123. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 124. | | | | | Sold (part) | 11/27/17 | J | A | |
| 125.  -ISHARES Russell 1000 Value | A | Dividend | J | T | | | | | |
| 126. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 127. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 128. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 129. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 130. | | | | | Sold (part) | 11/27/17 | J | A | |
| 131.  -ISHARES Tr Core MSCI | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 132. | | | | | Sold (part) | 11/27/17 | J | A | |
| 133.  -John Hancock Disciplined Value Fund | A | Dividend | | | | | | | |
| 134. | | | | | Sold | 01/24/17 | J | D | |
| 135.  -Mainstay Large Cap Growth Fund | A | Dividend | | | | | | | |
| 136. | | | | | Sold (part) | 01/24/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 05/22/17 | J | A | |
| 138. | | | | | Sold | 06/23/17 | J | C | |
| 139. -MFS Value Fund | A | Dividend | J | T | | | | | |
| 140. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 141. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 142. | | | | | Sold (part) | 06/23/17 | J | A | |
| 143. | | | | | Sold (part) | 09/29/17 | J | B | |
| 144. | | | | | Sold (part) | 11/24/17 | J | A | |
| 145. -Oppenheimer Internatl | A | Dividend | J | T | | | | | |
| 146. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 147. | | | | | Sold (part) | 05/22/17 | J | A | |
| 148. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 149. | | | | | Sold (part) | 09/29/17 | J | C | |
| 150. | | | | | Sold (part) | 11/24/17 | J | A | |
| 151. -Pioneer Fundamental | A | Dividend | | | Sold | 01/24/17 | J | C | |
| 152. -The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 153. | | | | | Buy (add'l) | 01/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogburn, Jr., Max O. | 07/3/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 155. | | | | | Sold (part) | 09/29/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts, page 4, lines 1-3.

The first three entries in this section refer to two holding companies and an operating business for a contiguous piece of family owned real estate. The property is owned equally by my three siblings and me. The land is divided into two holding companies, Cogburn Family Properties, LLC and Ranchland Incorporated. The third company, Pisgah View Ranch, Inc. operates a guest ranch on the property. My siblings and I own another separate piece of land, which is held in the Pisgah Highland Conservancy, LLC (see entry 4), the date of purchase was December 23, 2008 and the purchase price was $170,000.00.

VII. Investments and Trusts, page 4, line 9.

The value method used for the entry at line 9 was the amount of rent received, the location of the property and the fact that the renter built a building on the property at their own expense.

VII. Investments and Trusts, pages 4-5, lines 14-18.

The Wells Fargo Investment account listed as part of my Mother's Estate has been amended.

VII. Investments and Trusts, page 5, lines 19-28.

The value method used for the entries on lines 19-28 was the tax value of each.

VII. Investments and Trusts, page 11, lines 120-130.

The entries under ISHARES Russell 1000 Growth and ISHARES Russell 1000 Value were combined on the 2016 report at lines 82-88. I did not realize that there were two separate funds, i.e. Growth and Value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Max O. Cogburn, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544